From: American Mediation Institute  340-776-8543   DrPineVillage

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

MANUELITA MARTINEZ )
)
)
)
Plaintiff, )          CIVIL NO. 02-CV-0065-G
)
v. )
WINIFRED HOOD )
)
)
)
)
Defendant. )
)

## MEDIATION REPORT

Pursuant to the Court Order for Mediation, a mediation conference was held on

the ___10th___ day of ___July___ x2006x 2007

The following were present:

|  |  |  |
|---|---|---|
| _____ | 1. | All Plaintiffs. |
| X | 2. | Plaintiff's trial counsel. |
| _____ | 3. | If Plaintiff is not an individual, the representative who appeared had total authority. |
| _____ | 4. | All Defendants. |
| X | 5. | Defendant's trial counsel. |
| _____ | 6. | If Defendant is not an individual, the representative who appeared had total authority. |

The result of the mediation conference is as follows:

X       The conflict has been completely resolved. The parties are submitting a Stipulation Agreement and/or Notice of Dismissal.

_____  The conflict has been partially resolved. The parties are submitting a stipulation for the Court's approval. Some issues still require Court resolution.

_____  The parties have reached a total impasse, all issues require Court action.

**Mediation Report**
**Page Two**

_____          The matter has been recessed for further mediation.

_____          Other:


DATE: __7 / 25 / 07__
AMERICAN MEDIATION INSTITUTE

STANLEY S. BROTMAN, U.S.D.J.
Temporarily Assigned
Mediator