**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | | |
|---|---|---|
| MANUELITA MARTINEZ and, | ) | |
| SPENCER BYRD, | ) | |
| | ) | CIVIL NO. 2002/65 |
| Plaintiff, | ) | |
| | ) | ACTION FOR NEGLIGENCE |
| v. | ) | and PERSONAL INJURY |
| | ) | |
| WINIFRED HOOD, ENID LEONARD and the | ) | JURY TRIAL DEMANDED |
| VIRGIN ISLANDS TAXI ASSOCIATION, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Manuelita Martinez and Spencer Byrd, and the Defendant, Virgin Islands Taxi Association, through undersigned counsel, hereby stipulate and agree that this matter may be dismissed with prejudice against Virgin Islands Taxi Association, each party to bear its own costs and fees.

Dated: ~~June~~ __, 2007          Dated: ~~June~~ __ 2007

Respectfully Submitted,          Respectfully submitted,

_____          _____
Richard P. Farrelly             A. Jeffrey Weiss
Birch, de Jongh & Hindels, PLLC  A.J. Weiss & Associates
Poinsettia House                P.O. Box 1612
at Bluebeard's Castle           6934 Vessup Lane
1330 Estate Taarnebjerg         St. Thomas, USVI 00802-1001
St. Thomas, U.S.V.I. 00802

Attorneys for Defendant VITA     Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _22_ of ~~July~~ *August*, 2007, I caused a true and correct copy of the foregoing Stipulation of Dismissal with Prejudice to be served, via U.S. mail, postage prepaid, upon Henry C. Smock, Smock Law Offices, Attorney for Defendant Hood, Suites B18-23 Palm Passage, P.O. Box 1498, St. Thomas, USVI 00802 and Denise M. Francois, Hodge & Francois, Attorney for Defendant Leonard, 1340 Estate Taarneberg, St. Thomas, USVI 00802.